UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN -4 A 10: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Barbara A. LEWIS | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 2:07 cv 18-MHT |
| UNITED STATES of America | ) ) ) |
| Defendant | ) |

## MOTION TO PROCEED
## *IN FORMA PAUPERIS*

Plaintiff Barbara A. Lewis moves this Honorable Court for an order allowing her to proceed in this case without prepayment of fees, costs or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
James M. Sizemore, Jr. (SIZ001)
Attorney for Plaintiff
792 Commerce Drive, Suite 104
Alexander City, AL 35010
256/409-1985; Fax 256/409-1987
E-mail: jamessizemore@charter.net

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Barbara A. LEWIS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:07cv18 - MHT |
| ) | |
| UNITED STATES of America ) | |
| ) | |
| Defendant ) | |

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT

I, Barbara A. Lewis declare that I am the Plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?

**A.1. No.**

2. Are you currently employed?

A.2. Yes. I work for Elmore Community Action, 504 Autauga Street, Prattville, AL 36092. My adjusted gross income for 2005 was $10,865 (about $900 per month). For 2006, I expect about the same.

3. In the past twelve months, have you received any money from any sources?

A.3. The father of my two daughters is under a court order to pay $208 per month in child support, but his contribution is irregular. Otherwise, I have not received any money from business, profession or other self-employment, from rent payments, interest or dividends, from pensions, annuities or life insurance payments, from disability or workers' compensation payments, from gifts or inheritances or from any other source. I received income tax refunds for 2003, 2004 and 2005 that were diverted to payment of older income tax liabilities.

*Barbara A. Lewis*
BARBARA A. LEWIS, Applicant

Sworn to and subscribed before me on this the 29th day of December, 2006.

*Evelyn A. McCray-Thomas*
Notary Public
My commission expires: 3·15·08

2