IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BARBARA S. LEWIS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv18-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion to proceed in forma pauperis (doc. no. 2) is granted.

DONE, this the 9th day of January, 2007.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE