AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Barbara S. Lewis

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:07-cv-00018-MHT

TO: (Name and address of Defendant)

United States of America
c/o Leura Garrett Canary
US Attorney
P.O. Box 197
Montgomery, AL 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Middleton Sizemore, Jr.
792 Commerce Drive, Suite 104
Alexander City, AL 35010

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    1/9/07

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Barbara S. Lewis

V.

United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:07-cv-00018-MHT

TO: (Name and address of Defendant)

Alberto Gonzales
Attorney General of the United States
US Department of Justice
10 th and Constitutional Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Middleton Sizemore, Jr.
792 Commerce Drive, Suite 104
Alexander City, AL 35010

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                             1/9/07

CLERK                                                          DATE

(By) DEPUTY CLERK