| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X *Jessica Pigg* | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Jessica Pigg | C. Date of Delivery<br>1/10/07 |
| 1. ⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙⦙<br>Leura Garrett Canary<br>US Attorney<br>P.O. Gox 197<br>Montgomery, AL 36101-0197 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>07CV18<br>SRC | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 4179 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |