IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA S. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:07-cv-18-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

The United States of America, by undersigned counsel, responds to the numbered paragraphs of plaintiff's Complaint as follows.

    1.    The United States admits the allegations in paragraph 1 of the complaint, but denies that plaintiff is entitled to the relief sought.

    2.    Admits.

    3.    Admits.

    4.    The United States admits the allegations in paragraph 4 of the complaint, except it denies that plaintiff was entitled to the refund.

    5.    Admits.

    6.    Denies.

    7-9.    Paragraphs 7 through 9 do not contain factual averments to which a response is required. To the extent a response may be required, the United States denies that plaintiff is entitled to recover costs and attorney's fees in this action.

WHEREFORE, the United States prays that plaintiff's complaint be dismissed with prejudice, and for such further relief as the court deems appropriate.

        Respectfully submitted,

        LEURA GARRETT CANARY
        United States Attorney

        /s/ Gregory L. Jones
        GREGORY L. JONES
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Oregon State Bar No. 06580
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 305-3254
        Facsimile: (202) 514-9868
        Gregory.L.Jones@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the foregoing to the following:

>James Middleton Sizemore, Jr.
>792 Commerce Drive, Suite 104
>Alexander City, AL 35010

>   /s/ Gregory L. Jones
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044