UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Barbara A. LEWIS** | ) | |
| **Plaintiff** | ) | |
| | ) | Case 2:07-cv-18 MHT |
| **v.** | ) | |
| | ) | Demand for Jury Trial |
| **UNITED STATES** | ) | |
| **Defendant** | ) | |

**JOINT MOTION TO CONDUCT
SETTLEMENT CONFERENCE BY TELEPHONE**

Come the parties by counsel and move the Court to allow the settlement conference that the parties must hold by October 12, 2007, to be conducted by telephone. In support of this motion, the parties show:

**1.** Plaintiff's counsel, James M. Sizemore, Jr., has offices in Alexander City, Alabama, and in Montgomery, Alabama.

2. Defendant's counsel has his principal office in Washington, D.C.

3. According to mapquest.com, the offices of counsel are more than 780 miles from each other. The parties request, therefore, that the Court permit them to conduct the settlement conference by telephone rather than face-to-face.

2

THEREFORE, the parties move the Court to allow them to conduct the settlement conference required by SECTION 3 of the Court's scheduling order by telephone.

**/s/ James M. Sizemore, Jr.**
Attorney for Plaintiff
792 Commerce Drive, Suite 104
Alexander City, AL  35010
256/409-1985; Fax 256/409-1987
jamessizemore@charter.net


Gregory L. Jones, Esq.
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 14198
Washington, D.C.  20044
202/305-3254; Fax 202/514-9868
Gregory.L.Jones@usdoj.gov