IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BARBARA S. LEWIS,            )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:07cv18-MHT
                             )
UNITED STATES OF AMERICA,    )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the joint motion to conduct settlement conference by telephone (doc. no. 11) is granted.

DONE, this the 22nd day of March, 2007.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE