IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BARBARA S. LEWIS,           )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )         2:07cv18-MHT
                            )
UNITED STATES OF AMERICA,   )
                            )
     Defendant.             )

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 13) is set for submission, without oral argument, on May 2, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 11th day of April, 2007.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE