IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BARBARA S. LEWIS,              )
                               )
   Plaintiff,                  )
                               )
                               )    CIVIL ACTION NO.
v.                             )    2:07cv18-MHT
                               )
UNITED STATES OF AMERICA,      )
                               )
   Defendant.                  )

ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 16) is granted.

(2) The motion for summary judgment (Doc. No. 13) is reset for submission, without oral argument, on July 2, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 23rd day of April, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE