IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARBARA S. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 2:07-cv-18-MHT |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated that the complaint in the above-captioned case be dismissed

with prejudice, the parties to bear their respective costs, including any attorney's fees or

other expenses of this litigation.

Respectfully submitted,

LEURA GARRETT CANARY
United States Attorney


   /s/ Gregory L. Jones
GREGORY L. JONES
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Washington, D.C.  20044


 /s/ James M. Sizemore, Jr.
James Middleton Sizemore, Jr.
6732 Highway 63, South
Alexander City, AL 35010